Entered: August 7th, 2018
Signed: August 7th, 2018



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore)

| | | |
|---|---|---|
| **IN RE:** | * | |
| **TERESA DAVIS AND** | | **Case No.  16-15555-DER** |
| **CHRISTOPHER DAVIS,** | * | **(Chapter 13)** |
| Debtors. | | |

\*     \*     \*     \*     \*     \*              \*     \*     \*     \*     \*     \*

| | | |
|---|---|---|
| **TERESA DAVIS AND,** | | **Adv. No. 17-00280-DER** |
| **CHRISTOPHER DAVIS,** | | |
| | * | |
| **Plaintiffs,** | | |
| **v.** | * | |
| **PNC BANK, N.A.,** | | |
| **Defendant.** | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### MEMORANDUM TO COUNSEL

The court has reviewed the Joint Status Report submitted by the parties in accordance

with the Amended Scheduling Order entered June 18, 2018.  The court will defer consideration

of whether to refer this adversary proceeding for a settlement or other ADR conference until

after resolution of any dispositive motions timely filed in accordance with the Amended

Scheduling Order.


cc:     Mary Albrecht-Jordan, Esq.
        Sari Karson Kurland, Esq.
        Daniel J. Tobin, Esq.
        Elisabeth R. Connell, Esq.


**-- END OF MEMORANDUM --**